## CHARGES AND PENALTIES

**CASE NAME:** Paul Lawrence Sylvester    **CASE NO.** 1:22-CR-2007-MKD-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 11, 2022
SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of MDMA | CAG not more than 20 years imprisonment; $1,000,000 fine; not less than 3 years supervised release nor more than life; $100 special penalty assessment; denial of certain federal benefits pursuant to 21 U.S.C. § 862 and 862a |
| | 21 U.S.C. § 853 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |