AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2023

SEAN F. McAVOY, CLERK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:22-CR-2007-MKD-1 |
| PAUL LAWRENCE SYLVESTER | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    PAUL LAWRENCE SYLVESTER                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of MDMA

Date:  Jan 11, 2022, 12:06 pm

_____
*Issuing officer's signature*

City and state:    Yakima, Washington

_____
Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/11/22 , and the person was arrested on *(date)* 3/20/23 at *(city and state)* Yakima, WA . |
| Date: 3/20/23 |

_____
*Arresting officer's signature*

A. Tillett
*Printed name and title*