UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

PAUL LAWRENCE SYLVESTER,

                              Defendant.

No.  CR22-02007 MKD

DETENTION REVIEW
LETTERS

TO:    Clerk of the Court; and

TO:    Vanessa Waldref, United States Attorney:


DATED this 28th day of March, 2023.

                              Respectfully submitted,

                              *(s) Robert Flennaugh II*
                              Robert Flennaugh II, WSBA # 26764
                              Attorney for Defendant Sylvester
                              Law Office of Robert Flennaugh II, PLLC
                              720 3rd Avenue, Suite 2015
                              Seattle, WA 98104
                              Phone: 206-447-7422 Fax: 206-447-7534
                              Email: Robert@flennaughlaw.com

DETENTION REVIEW LETTERS

CERTIFICATE OF SERVICE

I hereby certify that on March 28th, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Vanessa Waldref, Assistant United States Attorney.

*(s) Elysia Houston*
Elysia Houston
Legal Assistant
Law Office of Robert Flennaugh II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA  98104
Phone:  (206) 447-7422
Fax:  (206) 447-7534
Email:  elysia@flennaughlaw.com

DENTENTION REVIEW LETTERS

# EXHIBIT A
# WORK



# Lake Wenatchee Village

Date 3-27-23

To Whom it may concern:

     This letter is a character reference for Paul Sylvester. I have had the opportunity to get to know and work with Paul over the past 3 years. I have been a residential and commercial real estate investor for the past 15 years and I have had the chance to interact with diverse people from all walks of life. In my experience, Paul's character has been solid and his care and concern for others has been seen and felt.

     The Lake Wenatchee Village is a 18 acre commercial property that I have been working on for the past 4 years in Leavenworth, WA. The property manager introduced me to Paul and let me know that he had some vision and skills that would be valuable to this project. As I started to work with Paul, his interest, skills, and ideas became a compass for the property's future.

     Paul was able to take on many aspects of design, construction, management, and maintenance of the property.  Just last year, Paul saw a need in the local economy to repurpose part of the commercial space as low income housing for seasonal workers in the area. He just completed phase 1 of this project, offering rental units for Stevens Pass seasonal staff members. His vision includes two more phases of development of low income housing to offset the overinflated rental market in this area.

     I trust in Paul's character and allow him to manage all rental income, make bank deposits, and interview all potential tenants on the property. He has always kept his word in our business agreements, and is willing to take on new responsibilities as they are required.

     I will continue to trust and work with Paul on the Lake Wenatchee Village project and other future projects.

Sincerely,

*D. Cody Stitt*

Dallon.cody@yahoo.com
(509)630-2688









# EXHIBIT B
# LETTERS

To whom it may concern,

    This is a character reference for Paul Sylvester. I have has the pleasure of getting to know Paul for the past 3 years. Paul and I have been together romantically and I have not met a more loving, passionate, and hard working soul.

    Paul has shown me and many others around him that he cares for the betterment of their lives. He has helped the local community by providing affordable housing. He has been my advice master as I've begun to plan my own future, and very much cares for his own as well.

    I know if Paul were to be released he would without a doubt uphold going to court. Paul and I have successfully cohabited for years, and his release to stay in my home will be no different.

    I trust Paul and know he will be a trusting person to show up for later dates, he's been showing up for years. Within speaking with Paul I know he has every intention of showing up to court. Paul knows that in staying with me, there are no other options but to show up.After speaking with him I know without a doubt, he is ready to put this to rest.

Thank you,
Shea Miller

3/26/23

To whom it may concern,

My name is Alex Pavlock, and I am writing this character statement for Paul Sylvester.

Paul and i met in 2017, and quickly became friends. Since then, he has shown to be an honest, smart, and caring individual. One of the few people I feel comfortable calling for asking for advice, because I knew he would be the one to give me it honestly, despite how he felt about the matter personally. A man with strong morals and integrity.

He is the type of individual to call, and check on your well being if he has not spoken to you in awhile, a trait i find to be a rarity these days. He has on many occasions been the glue that has held me together.

Paul is the type of person to check on others before self, he always looks after the people around him, so that they are comfortable, and is the type to make changes to ensure that.

I have spoken with Paul and he has assured me that he will show up for all future summons. I would trust my life with him and have always known him to be a man of his word.

He is a kind human being, one who loves to share knowledge, or a joke if he knows it will brighten your day. He has time and time again be a reliable friend, and is always willing to lend a hand when one is needed. A human who has literally given me the shirt off his back.

A true friend.

The world needs more people like Paul.

Thank you for taking the time to read this.

Sincerely,

Alex Pavlock

3/26/23

To whom it may concern,

My name is Samantha Minyard and I am writing this character statement for Paul Sylvester.

I met Paul in late 2018 and have been friends for five years now. Over the course of that time he's been nothing but a caring, loving, friend to me. At some of my lowest points he was one of the only person to be a real friend to me during that time. He's continued to call me to check in on my life and mental health more than any of my friends. He always offers me the best advice when I need it and has always been a trustworthy person.

He has so many talents and when he brings people together, he is the one to make sure every single person is taken care of. I've had the pleasure to watch all that he really does for people and his community. He is present in so many circles because of the strong connections he makes with people. He has such a beautiful and brilliant mind, and is no doubt one of the most knowledgeable people I know. He's essential to this world and I can speak personally that the world would suffer without him in it. His moral character has never once been a question on my mind.

After speaking, Paul has reassured me that he is taking this very serious and will show up for all future summons. I've always trusted him and his word holds pretty high value to me.

Thank you for taking time to read my letter.

Yours faithfully,

Samantha Minyard