Vanessa R. Waldref
United States Attorney Eastern
District of Washington
Thomas J. Hanlon
Assistant United States
Attorney 402 E. Yakima Ave.,
Suite 210 Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL LAWRENCE SYLVESTER,<br><br>Defendant. | 1:22-CR-2007-MKD<br><br>Discovery Status Report |

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Discovery Status Report pursuant to this Court's order. (ECF No. 37).

    *Discovery*

    This Court has directed the United States to provide a status report on discovery, including an explanation as to why the contents of a cell phone have not yet been produced to defense.

    On March 29, 2023, initial discovery was produced in this case. On April 6, 2023, a second batch of discovery materials were produced. On April 10,

Discovery Status Report - 1

2023, a third batch of discovery materials were produced. At that time, it was believed that all discovery had been provided to counsel. Counsel assigned to the instant case has been out of the office.

In late July 2023, counsel learned that there was a discovery issue concerning contents of a cell phone. Counsel reviewed the case file and discovery that had previously been provided. Counsel contacted the assigned case agent and requested the cell phone materials. The assigned case agent advised that the cell phone contents had already been provided to the United States Attorney's Office via a hard drive which also contained the discovery that had already been produced. Counsel reviewed the hard drive and determined that the cell phone materials were not present. The case agent was contacted and advised the cell phone materials were not on the hard drive. The case agent was advised of the urgency of obtaining the contents of the cell phone. On July 26, 2023, the case agent produced a copy of contents of the cell phone. On the same day, the discovery was sent to counsel.

DATED this 28th day of July 2023.

    Vanessa R. Waldref
    United States Attorney

    *s/Thomas J. Hanlon*
    Thomas J. Hanlon
    Assistant United States Attorney

Discovery Status Report - 2

## **CERTIFICATE OF SERVICE**

 I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Robert Flennaugh II.

              *s/Thomas J. Hanlon*
              Thomas J. Hanlon
              Assistant United States Attorney

Discovery Status Report - 3